**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6498**

———————

BARRETT K. SCOTT,

Plaintiff - Appellant,

versus

PATRICIA RAINEY; CHARLIE J. CEPAK; JAMES L.
HARVEY; PARKER EVATT, in their individual and
official capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Dennis W. Shedd, District Judge.
(CA-95-3103-4-19BE)

———————

Submitted:  July 24, 1997          Decided:  August 7, 1997

———————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Barrett K. Scott, Appellant Pro Se.  Vinton DeVane Lide, Michael
Stephen Pauley, LIDE, MONTGOMERY, POTTS & MEDLOCK, P.C., Columbia,
South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Scott v. Rainey</u>, No. CA-95-3103-4-19BE (D.S.C. Mar. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2